UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA D. O'BRIEN,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 22-CV-00215-LK<br><br>ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT |

This matter comes before the Court on the parties' Stipulation for Entry of Judgment. Dkt. No. 11. The Court GRANTS the stipulation. A judgment will be entered in accordance with the stipulation.

Dated this 7th day of July, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT - 1